IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JESUS ROMERO,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security Administration,<br><br>  Defendant. | No. CIV 08-544-TUC-CKJ<br><br>**ORDER** |

On November 4, 2009, Magistrate Judge Bernardo P. Velasco issued a Report and Recommendation [Doc. # 12] in which he recommended that this Court remand the case pursuant to sentence six of 42 U.S.C. § 405(g), for the purpose of consideration of the new evidence. Alternatively, the Magistrate Judge recommended that this Court remand the case for further findings consistent with the Report. The Magistrate Judge advised the parties that objections were to be served and filed within ten days of being served with a copy of the Report and Recommendation. No objections have been filed within the time provided by 28 U.S.C. § 636(b).

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation [Doc. # 12] is ADOPTED;

2. This matter is REMANDED to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g), for the purpose of consideration of the new evidence.

3. The Clerk of the Court shall enter judgment in this case and shall then close its file in this matter.

DATED this 3rd day of December, 2009.

_____
Cindy K. Jorgenson
United States District Judge